Matthew R. Bainer, Esq. (S.B. #220972)
mbainer@scalaw.com
Molly A. Kuehn, Esq. (S.B. #230763)
mkuehn@scalaw.com
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Web: www.scalaw.com

Attorneys for the Representative Plaintiff
And the Plaintiff Class

Gayle M. Athanacio (S.B. #130068)
gathanacio@sonnenschein.com
Virginia K. Young (S.B. #174384)
vyoung@sonnenschein.com
Megan Barker (S.B. #245991)
mbarker@sonnenschein.com
**SONNENSCHEIN NATH & ROSENTHAL LLP**
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
KMART CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL GILHULY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KMART CORPORATION, and DOES 1 through 100, inclusive,<br><br>Defendants | **Case No. 4:10-cv-0360-PJH**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING REFERRAL TO COURT CONNECTED MEDIATION AND ASSIGNMENT TO PRIVATE MEDIATION**<br><br>**Date:** May 6, 2010<br>**Time:** 2:00 p.m.<br>**Dept.:** Courtroom 3, 3rd Floor<br>**Judge:** Hon. Phyllis J. Hamilton |

1  **WHEREAS** this Stipulation is entered into between Representative Plaintiff Michael Gilhuly ("Plaintiff") and Defendant KMART Corporation ("Defendant"), by and through their respective counsel of record;

4  **WHEREAS** on May 6, 2010 the Court held an Initial Case Management Conference in this case and informed the parties that the case has been assigned to the Court ADR Program for mediation;

7  **WHEREAS** the parties had previously reached an agreement to seek private mediation;

8  **WHEREAS** the parties respectfully request that the Court enter an order in accordance with this Stipulation to vacate the Court's referral to the Court ADR program and to allow the parties to proceed with private mediation.

11  Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by the parties through their respective counsel of record to VACATE the Court's referral of this case to the Court ADR program and to allow the parties to proceed with a private mediation.

Dated: May 28, 2010

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Matthew R. Bainer  
Matthew R. Bainer, Esq.  
Attorneys for the Representative Plaintiff  
and the Plaintiff Class

Dated: May 28, 2010

**SONNENSCHEIN NATH & ROSENTHAL LLP**

By: /s/ Gayle M. Athanacio  
Gayle M. Athanacio, Esq.  
Attorneys for Defendant  
KMART CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: ___June 7_____, 2010        By: _____
HON. PHYLLIS J. HAMILTON
Judge of the United States District Court



3
STIPULATION AND [PROPOSED] ORDER VACATING REFERRAL TO COURT CONNECTED MEDIATION