Matthew R. Bainer, Esq. (S.B. #220972)
Molly A. Kuehn, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
mbainer@scalaw.com
mkuehn@scalaw.com
Web: www.scalaw.com

Attorneys for the Representative Plaintiff
And the Plaintiff Class

Gayle M. Athanacio (S.B. #130068)
gathanacio@sonnenschein.com
Virginia K. Young (S.B. #174384)
vyoung@sonnenschein.com
Megan Barker (S.B. #245991)
mbarker@sonnenschein.com
**SONNENSCHEIN NATH & ROSENTHAL LLP**
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
KMART CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL GILHULY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KMART CORPORATION, and DOES 1 through 100, inclusive,<br><br>Defendants | **Case No. 4:10-cv-0360-PJH**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE**<br><br>**Date:** October 26, 2011<br>**Time:** 9:00 a.m.<br>**Dept.:** Courtroom 3, 3rd Floor<br>**Judge:** Hon. Phyllis J. Hamilton |

1  PLEASE TAKE NOTICE that the parties, by and through their respective counsel, hereby
2  stipulate as follows:
3  **WHEREAS** this Stipulation is entered into between Representative Plaintiff Michael Gilhuly
4  ("Plaintiff") and Defendant KMART Corporation ("Defendant"), by and through their respective
5  counsel of record;
6  **WHEREAS** on May 6, 2010, the Court ordered the parties to complete private mediation by
7  October 1, 2010;
8  **WHEREAS** the first date on which the selected mediator and the parties are mutually
9  available is October 4, 2010;
10  **WHEREAS** the parties agree to extend the deadline by which to complete a private
11  mediation session to October 4, 2010;
12  **WHEREAS** the parties respectfully request that this Court enter an order in accordance with
13  this Stipulation to extend the mediation deadline to October 4, 2010.

15  Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by the parties through their
16  respective counsel of record that the private mediation session shall be completed by October 4,
17  2010.

19  Dated: August 18, 2010                **SCOTT COLE & ASSOCIATES, APC**

21                                By:    /s/ Molly A. Kuehn
                                         Molly A. Kuehn, Esq.
22                                       Attorneys for the Representative Plaintiff
                                         and the Plaintiff Class

24  Dated: August 18, 2010                **SONNENSCHEIN NATH & ROSENTHAL LLP**

27                                By:    /s/ Gayle M. Athanacio
                                         Gayle M. Athanacio, Esq.
28                                       Attorneys for Defendant
                                         KMART CORPORATION

1 | **[PROPOSED] ORDER**

2 | For good cause shown, **IT IS SO ORDERED**.

3

4 | Dated: August 26, 2010                    By: _____

5 |                                                             The Hon. Phyllis J. Hamilton
                                                                  United States District Judge



3

STIPULATION AND [PROPOSED] ORDER RE MEDIATION DEADLINE