GAYLE M. ATHANACIO (State Bar No. 130068)
VIRGINIA K. YOUNG (State Bar No. 174384)
SHARON ROSSI (State Bar No. 232725)
SNR DENTON U.S. LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300
Email:         gayle.athanacio@snrdenton.com
              virginia.young@snrdenton.com
              sharon.rossi@snrdenton.com

Attorneys for Defendant
 KMART CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL GILHULY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KMART CORPORATION, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 4:10-cv-0360-PJH (DMR)**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SUBMISSION DATE FOR JOINT LETTER BRIEF RE DISCOVERY DISPUTE** |

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Plaintiff Michael Gilhuly ("Gilhuly") and Defendant Kmart Corporation ("Kmart"), by and through their respective counsel, hereby stipulate and agree to the following:

On April 13, 2011, Plaintiff Gilhuly filed before the Honorable Phyllis J. Hamilton, a Motion to Compel Further Reponses to Plaintiff's Special Interrogatories (Set One) and Request for Production (Set One) ("Motion to Compel"), with a June 22, 2011 noticed hearing date. (Docket no. 30). On April 20, 2011, Judge Hamilton issued an Order referring the case to a Magistrate Judge for discovery purposes; the case was thereafter assigned to the Honorable Magistrate Judge Donna M. Ryu. (Docket no. 32). On April 21, 2011 Plaintiff re-noticed the

Motion to Compel before Judge Ryu. Plaintiff thereafter re-noticed his Motion to Compel with a May 26, 2011 hearing date. (Docket no. 33). Later that same day, Judge Ryu issued an Order vacating the hearing date. In addition, the Court denied Plaintiff's Motion to Compel *without* prejudice and ordered the parties to comply with certain discovery procedures including those set forth in the subject April 21, 2011 Order. (Docket no. 44 [*Notice of Reference and Order re Discovery Procedures*]). Pursuant to April 21, 2011 Order, the parties were required to further meet and confer and are to submit a joint letter describing the discovery dispute. This joint letter brief is currently due to be submitted no later than May 6, 2011.

Defendant has agreed to supplement the interrogatory and document request which are the subject of Plaintiff's Motion to Compel and will serve Plaintiff with these supplemented responses and will produce additional responsive documents no later than Friday, May 20, 2011. Defendant believes it appropriate that its portion of the joint letter brief reflect the updated status of its discovery responses. As such, Defendant requested, and Plaintiff agreed, that a stipulation be presented to the Court asking that the joint letter brief due date be extended.

Consequently, the parties hereto stipulate and request that the due date for submission of the joint letter brief regarding the discovery dispute be extended to Friday, May 20, 2011. No prior requests for a continuance regarding discovery have been sought by the parties.

Dated: May 6, 2011            SNR DENTON US LLP

By: /S/
GAYLE M. ATHANACIO

Attorneys for Defendant
KMART CORPORATION

Dated: May 6, 2011            SCOTT COLE & ASSOCIATES, APC

By: /S/
MOLLY A. DeSARIO

Attorneys for Plaintiff
MICHAEL GILHULY

Case No. 4:10-cv-0360-PJH (DMR)                    STIPULATION AND [PROPOSED] ORDER
CONTINUING SUBMISSION OF LETTER
BRIEF RE DISCOVERY DISPUTE

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,** the date on which the parties shall submit their joint letter brief shall be extended from May 6, 2011 to May 20, 2011.

**IT IS SO ORDERED.**

DATED:  ____May 6, 2011_____

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

Case No. 4:10-cv-0360-PJH (DMR)    STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SUBMISSION OF LETTER BRIEF RE DISCOVERY DISPUTE