```
 1  Matthew R. Bainer, Esq. (S.B. #220972)
    Molly A. DeSario, Esq. (S.B. #230763)
 2  SCOTT COLE & ASSOCIATES, APC
    1970 Broadway, Ninth Floor
 3  Oakland, California 94612
    Telephone: (510) 891-9800
 4  Facsimile: (510) 891-7030
    mbainer@scalaw.com
 5  mdesario@scalaw.com
    Web: www.scalaw.com
 6
    Attorneys for Representative Plaintiff
 7  and the Plaintiff Class

 8  Gayle M. Athanacio (S.B. #130068)
    Virginia K. Young (S.B. #174384)
 9  Sharon Rossi (S.B. # 232725)
    SNR DENTON US LLP
10  525 Market Street, 26th Floor
    San Francisco, California 94105
11  Telephone: (415) 882-5000
    Facsimile: (415) 882-0300
12  gayle.athanacio@snrdenton.com
    virginia.young@snrdenton.com
13  sharon.rossi@snrdenton.com

14  Attorneys for Defendant
    KMART CORPORATION
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL GILHULY, individually, and on behalf of all others similarly situated, | Case No. 4:10-cv-0360-PJH |
| | **CLASS ACTION** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE**  AS MODIFIED |
| vs. | |
| KMART CORPORATION, and DOES 1 through 100, inclusive, | Date: Not Applicable |
| | Time: Not Applicable |
| Defendants | Dept.: Courtroom 3, 3rd Floor |
| | Judge: Hon. Phyllis J. Hamilton |

Plaintiff Michael Gilhuly ("Plaintiff") and Defendant Kmart Corporation ("Defendant"), by and through their respective counsel of record named herein, hereby stipulate as follows:

1  **WHEREAS,** prior to the May 6, 2010 Initial Case Management Conference, the parties agreed to attend private mediation;

3  **WHEREAS,** this Court set the following deadlines regarding class certification at the May 6, 2010 Initial Case Management Conference: discovery regarding class certification, May 6, 2011; Motion for Class Certification, August 1, 2011; Opposition to the Motion for Class Certification, September 14, 2011; Reply to Motion for Class Certification, October 5, 2011; and, the hearing on the Motion for Class Certification, October 26, 2011 at 9:00 a.m. (*see Dckt No.* 20);

8  **WHEREAS,** the parties intended to complete the mediation session by October 4, 2010 (*see Dckt. No.* 25);

10  **WHEREAS,** the parties informally agreed to postpone resolution of outstanding discovery disputes until after the mediation session;

12  **WHEREAS,** unforeseen circumstances delayed the mediation session until January 7, 2011;

13  **WHEREAS,** the parties failed to resolve this matter at the January 7, 2011 mediation session or during approximately two months of subsequent negotiations;

15  **WHEREAS,** there have been no prior modifications to the class certification briefing schedule or the class certification discovery cutoff date; and

17  **WHEREAS,** the parties have not yet completed class certification related discovery;

18  **THEREFORE,** the parties, through their undersigned respective counsel, stipulate and request that the Court hereby continue the class certification briefing schedule as follows:

- Motion for Class Certification due:                                   January 11, 2012;
- Opposition to Motion for Class Certification due:          February 24, 2012;
- Reply to Opposition to Motion for Class Certification due:   March 16, 2012; and
- Class Certification Discovery Cutoff Date:                       March 15, 2012.
- Hearing on Motion for Class Certification:                       *To be set by the Court*

**IT IS SO STIPULATED.**

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

-2-
Stipulation and [Proposed] Order Continuing Class Certification Briefing Schedule

| | | |
|---|---|---|
| Dated: May 6, 2011 | | **SCOTT COLE & ASSOCIATES, APC** |
| | By: | /s/ Molly A. DeSario |
| | | Molly A. DeSario, Esq. |
| | | Attorneys for Representative Plaintiff and the Plaintiff Class |
| Dated: May 6, 2011 | | **SNR DENTON US LLP** |
| | By: | /s/Gayle M. Athanacio |
| | | Gayle M. Athanacio, Esq. |
| | | Attorneys for Defendant |
| | | KMART CORPORATION |

1  **[~~PROPOSED~~] ORDER**

2  **IT IS HEREBY ORDERED** that:

3  The Class Certification briefing schedule is hereby continued as follows:

4  • Motion for Class Certification due: January 1~~1~~, 2012; [22]

5  • Opposition to Motion for Class Certification due: February ~~24~~, 2012;

6  • Reply to Opposition to Motion for Class Certification due: March ~~16~~ [14], 2012;

7  • Class Certification Discovery Cutoff Date: March 15, 2012; and,

8  • Hearing on Motion for Class Certification: April 11, 2012

10  For good cause shown, **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12  Dated: May 10, 2011

The Hon. Phyllis J. Hamilton
United States District Judge

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800