United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILHULY, | No. C-10-00360 PJH (DMR) |
| Plaintiff, | **NOTICE AND ORDER SETTING PHONE CONFERENCE** |
| v. | |
| KMART CORP., | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute. IT IS HEREBY ORDERED that lead counsel for both parties shall participate in a telephonic conference with the undersigned on **June 2, 2011 at 2:00 p.m.** Counsel for **Plaintiff Michael Gilhuly** shall initiate the three-way conference call to the Court as follows: (1) by first calling counsel for **Defendant Kmart Corporation**; and then (2) with all counsel on the line, calling the Court's call-in number, five minutes prior to the scheduled start time.

**One week prior to the scheduled telephonic conference, counsel for Plaintiff shall contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, to obtain the Court's call-in number for the telephonic conference.**

IT IS SO ORDERED.

Dated: May 26, 2011

_____
DONNA M. RYU
United States Magistrate Judge