UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILHULY, | No. C-10-00360 PJH (DMR) |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO MEET AND CONFER** |
| v. | |
| KMART CORP., | |
| Defendant. _____/ | |

On June 2, 2011, the Court held a telephonic discovery conference with the parties. Following the conference, the Court ordered Defendant to provide Plaintiff with a list of training materials used to train class members during the class period by June 16, 2011, and ordered Plaintiff to designate the training materials he seeks to have produced by Defendant by no later than June 23, 2011. The parties were ordered to meet and confer by telephone or in person to attempt to resolve any disputes about Plaintiff's selections an as to any other outstanding discovery issues identified in the June 2, 2011 conference. If the parties were unable to resolve their disputes, they were to appear before the Court on June 30, 2011 for an in-court meet and confer session. [Docket No. 41.]

On June 29, 2011, the parties filed a stipulated request for an extension of time to continue the meet and confer process. [Docket No. 42.] The Court grants the parties' request for an extension. If, after further meeting and conferring, the parties are not able to resolve their disputes, lead counsel for each party shall appear on **July 11, 2011 at 1:00 p.m.** before Magistrate Judge

Donna M. Ryu for an in-court meet and confer session, after which the Court will resolve any outstanding issues.

IT IS SO ORDERED.

Dated: June 30, 2011

DONNA M. RYU
United States Magistrate Judge

2