1  Matthew R. Bainer, Esq. (S.B. #220972)
   Molly A. DeSario, Esq. (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   Email: mbainer@scalaw.com
5  Email: mdesario@scalaw.com
   Web:   www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8   Gayle M. Athanacio (S.B #. 130068)
    Virginia K. Young (S.B. # 174384)
9   Sharon Rossi (S.B. # 232725)
10  SNR DENTON U.S. LLP
    525 Market Street, 26th Floor
11  San Francisco, California  94105
    Telephone:    (415) 882-5000
12  Facsimile:    (415) 882-0300
13  Email:        gayle.athanacio@snrdenton.com
                  virginia.young@snrdenton.com
14                sharon.rossi@snrdenton.com
15
    Attorneys for Defendant
16  KMART CORPORATION

17                   **UNITED STATES DISTRICT COURT**

18           **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

19

| | |
|---|---|
| MICHAEL GILHULY, individually, and on behalf of all others similarly situated, | Case No. 4:10-cv-0360-PJH (DMR) |
| | **CLASS ACTION** |
| Plaintiffs, | **ORDER VACATING JULY 11, 2011 HEARING ON DISCOVERY DISPUTES** |
| vs. | |
| KMART CORPORATION, and DOES 1 through 100, inclusive, | Date:   July 11, 2011<br>Time:   1:00 p.m.<br>Dept.:  Courtroom 4, 3rd Floor |
| Defendants. | Judge:  Hon. Donna M. Ryu |

Plaintiff Michael Gilhuly ("Plaintiff") and Defendant Kmart Corporation ("Defendant"), by and through their respective counsel of record named herein, hereby respectfully request as follows:

**WHEREAS**, the parties appeared for a telephonic hearing before this Court on June 2, 2010;

**WHEREAS,** this Court issued guidance regarding the parties' outstanding discovery disputes, Ordered the parties to meet and confer further regarding any known additional discovery disputes, and continued proceedings until June 30, 2011 (*see Dckt. No.* 41);

**WHEREAS,** the parties stipulated and requested that the Court hereby continue the June 30, 2011 hearing until July 11, 2011 (*see Dckt. No.* 42);

**WHEREAS**, the Court granted the stipulation (*see Dckt. No* 43); and

**WHEREAS**, the parties have met and conferred and have agreed to supplement their discovery responses and there are no disputes currently pending.

**THEREFORE,** the parties, through their undersigned respective counsel, request that the Court hereby vacate the July 11, 2011 hearing.

**IT IS SO ORDERED.**

Dated:  7/11/2011

By: _____
Honorable Donna M. Ryu
United States Magistrate Judge

GRANTED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA