AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

MICHAEL GILHULY, individually, and on behalf of all others similarly situated,

        Plaintiff (s),

V.

KMART CORPORATION, and DOES 1 through 100, inclusive,

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:10-cv-0360-PJH

Notice is hereby given that, subject to approval by the court, __KMART CORPORATION__ substitutes
                                                                                 (Party (s) Name)

__Gayle M. Athanacio__, State Bar No. __130068__ as counsel of record in
     (Name of New Attorney)

place of __Virginia Young/Sharon Rossi.__
               (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Rogers Joseph O'Donell

    Address: 311 California Street, 10th Floor, San Francisco, CA 94104

    Telephone: (415) 956-2828       Facsimile (415) 956-6457

    E-Mail (Optional): gathanacio@rjo.com

I consent to the above substitution.

Date: 9/6/11

        Gillian Madsen (Sears Holding Corporation)
        (Signature of Party (s))

I consent to being substituted.

Date: 9/2/11

        Sonia Renee Martin
        (Signature of Former Attorney (s))

I consent to the above substitution.

Date: Sept 1, 2011

        (Signature of New Attorney)
        Gayle Athanacio

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/19/11

        The Hon. Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com