1  Matthew R. Bainer, Esq. (S.B. #220972)
   Molly A. DeSario, Esq. (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   Email:  mbainer@scalaw.com
5  Email:  mdesario@scalaw.com
   Web:    www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8  ROGERS JOSEPH O'DONNELL
   GAYLE M. ATHANACIO (State Bar No. 130068)
9  gathanacio@rjo.com
   SHARON O. ROSSI (State Bar No. 232725)
10 srossi@rjo.com
   311 California Street
11 San Francisco, California 94104
   Telephone:  415.956.2828
12 Facsimile:  415.956.6457

13
   Attorneys for Defendant
14 KMART CORPORATION

15

16                **UNITED STATES DISTRICT COURT**

17     **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

18

19 MICHAEL GILHULY, individually,      )  **Case No. 4:10-cv-0360-PJH (DMR)**
   and on behalf of all others similarly )
20 situated,                            )  **CLASS ACTION**
                                        )
21              Plaintiff,              )  **STIPULATION AND [~~PROPOSED~~] ORDER
                                        )  GRANTING LEAVE TO FILE FIRST
22 vs.                                  )  AMENDED COMPLAINT**
                                        )
23 KMART CORPORATION., and              )
   DOES 1 through 100, inclusive,       )
24                                      )
                Defendants.             )
25 _____     )

26      Plaintiff Michael Gilhuly ("Plaintiff") and Defendant Kmart Corporation ("Defendant"), by

27 and through their respective counsel of record, hereby agree and stipulate as follows:

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1   WHEREAS, Plaintiff has filed a Motion For Leave to File First Amended Complaint

2   "(Motion For Leave") which would add a claim under the Private Attorney General Act, but

3   otherwise is based upon the exact same parties, claims, and time period as contained in Plaintiff's

4   operative complaint;

5   WHEREAS, Plaintiff has requested that Defendant stipulate to the filing of the proposed

6   First Amended Complaint attached to Plaintiff's Motion For Leave as Exhibit A;

7   WHEREAS, Defendant has agreed to stipulate to the filing of the First Amended Complaint

8   with the express understanding that by so stipulating, Defendant does not waive any argument, right

9   or defense with regard to the allegations and claims asserted in the First Amended Complaint;

10   WHEREFORE, **IT IS STIPULATED AND AGREED:**

11   1.   Plaintiff may file and serve his First Amended Complaint, a copy of which is set

12        forth as **Exhibit A**, hereto.

13   2.   In accordance with Federal Rule of Civil Procedure 15(a)(3), Defendant shall

14        have 14 days from the service of Plaintiff's First Amended Complaint in which to

15        file its response to Plaintiff's First Amended Complaint.  This Stipulation will not

16        limit in any manner whatsoever Defendant's ability to raise defenses or file

17        motions regarding the content of the First Amended Complaint.

18   **IT IS SO STIPULATED.**

19

20   Dated: January 19, 2012          **SCOTT COLE & ASSOCIATES, APC**

21

22                                    By:   /s/ Molly A. DeSario
                                            Molly A. DeSario, Esq.
23                                          Attorneys for the Plaintiff

24   Dated: January 19, 2012
                                      **ROGERS JOSEPH O'DONNELL**
25

26                                    By:   /s/ Gayle M. Athanacio
                                            Gayle M. Athanacio, Esq.
27                                          Attorneys for Defendant
                                            Kmart Corporation
28

-2-
Stipulation and [Proposed] Order Granting Leave to File First Amended Complaint

# [PROPOSED] ORDER

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. Plaintiff may file and serve his First Amended Complaint, a copy of which is set forth as **Exhibit A**, hereto.

2. Defendant shall have 14 days from service of the First Amended Complaint in which to file its response to Plaintiff's First Amended Complaint. This Order does not limit in any manner whatsoever Defendant's ability to raise defenses or file motions regarding the content of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: __1/23/12_____



_____
Honorable Phyllis J. Hamilton
United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800