Matthew R. Bainer, Esq. (S.B. #220972)
Molly A. DeSario, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   mbainer@scalaw.com
Email:   mdesario@scalaw.com
Web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

ROGERS JOSEPH O'DONNELL
GAYLE M. ATHANACIO (State Bar No. 130068)
gathanacio@rjo.com
SHARON O. ROSSI (State Bar No. 232725)
srossi@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
KMART CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL GILHULY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KMART CORPORATION., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:10-cv-0360-PJH (DMR)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Michael Gilhuly ("Plaintiff") and Defendant Kmart Corporation ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1  WHEREAS, Plaintiff has filed a Motion For Leave to File First Amended Complaint "(Motion For Leave") which would add a claim under the Private Attorney General Act, but otherwise is based upon the exact same parties, claims, and time period as contained in Plaintiff's operative complaint;

WHEREAS, Plaintiff has requested that Defendant stipulate to the filing of the proposed First Amended Complaint attached to Plaintiff's Motion For Leave as Exhibit A;

WHEREAS, Defendant has agreed to stipulate to the filing of the First Amended Complaint with the express understanding that by so stipulating, Defendant does not waive any argument, right or defense with regard to the allegations and claims asserted in the First Amended Complaint;

WHEREFORE, **IT IS STIPULATED AND AGREED:**

1. Plaintiff may file and serve his First Amended Complaint, a copy of which is set forth as **Exhibit A**, hereto.

2. In accordance with Federal Rule of Civil Procedure 15(a)(3), Defendant shall have 14 days from the service of Plaintiff's First Amended Complaint in which to file its response to Plaintiff's First Amended Complaint.  This Stipulation will not limit in any manner whatsoever Defendant's ability to raise defenses or file motions regarding the content of the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: January 19, 2012                    **SCOTT COLE & ASSOCIATES, APC**


                                By:    /s/ Molly A. DeSario
                                       Molly A. DeSario, Esq.
                                       Attorneys for the Plaintiff

Dated: January 19, 2012
                                       **ROGERS JOSEPH O'DONNELL**

                                By:    /s/ Gayle M. Athanacio
                                       Gayle M. Athanacio, Esq.
                                       Attorneys for Defendant
                                       Kmart Corporation

# [PROPOSED] ORDER

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. Plaintiff may file and serve his First Amended Complaint, a copy of which is set forth as **Exhibit A**, hereto.
2. Defendant shall have 14 days from service of the First Amended Complaint in which to file its response to Plaintiff's First Amended Complaint. This Order does not limit in any manner whatsoever Defendant's ability to raise defenses or file motions regarding the content of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: 1/23/12

_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

-3-
Stipulation and [Proposed] Order Granting Leave to File First Amended Complaint